**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000875
18-JUN-2020
09:22 AM**

NO. CAAP-19-0000875

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WENDELL KUAANA, and LUCILLE SIMMONS, Plaintiffs-Appellees,
and RICHARD KUAANA, JR., Plaintiff-Appellant, v.
HELEN KUAANA, Defendant-Appellant, and TROY CAPITAL LLC,
and DISCOVER BANK; JOHN and JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10;
and DOE GOVERNMENTAL UNITS 1-10, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181001390)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On December 23, 2019, self-represented Defendant-Appellant Helen Kuaana and self-represented Plaintiff-Appellant Richard Kuaana, Jr. (the Kuaanas) filed the notice of appeal;

(2) On February 7, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before March 18, 2020;

(3) The Kuaanas did not file the opening brief or request an extension of time;

(4) On May 21, 2020, the appellate clerk notified the Kuaanas that the time for filing the opening brief had expired, the matter would be called to the court's attention on June 1, 2020, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and the Kuaanas could request relief from default by motion; and

(5) The Kuaanas took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 18, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge